UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Mary Smith, et al. | |
| Plaintiffs | NO.: 1:12-cv-05979 |
| v. | |
| SUPERVALU, INC., et al. | |
| Defendants | |

## STIPULATION OF DISMISSAL

THE MATTER in difference in the above entitled action have been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

LUNDY LAW

_____
Adam D. Wilf, Esquire
Attorney for Plaintiffs


FISHMAN McINTYRE, P.C.

_____
Cassandra Willock, Esquire
Attorney for Defendants

{01055705:1; 262440; MCH; MCH;}

So ordered this 10th day of September, 2013. The Clerk of the Court is hereby ordered to close this file.

9/10/13

_____
Judge Irenas, S.U.S.D.J.